IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEREK GERARD JACKSON                                                    PLAINTIFF

v.                            Case No. 06-2184

SEBASTIAN COUNTY, ARKANSAS;
SEBASTIAN COUNTY DETENTION
CENTER; and ARAMARK FOOD SERVICE                                       DEFENDANTS

## ORDER

Now on this 14th day of March 2007, there comes on for consideration the report and recommendation filed herein on February 21, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9). Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that Plaintiff has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**